PHILLIP A. TALBERT
Acting United States Attorney
ROBERT J. ARTUZ
Special Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

**FILED**
Nov 9, 2021
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR SEARCH WARRANTS CONCERNING:<br><br>819 North Central Avenue, Tracy, CA 95376<br><br>3253 Patrina Court, Tracy, CA 95377<br><br>A 2018 Nissan Leaf sedan bearing vehicle identification number 1NA4Z1CP0JC304279 | [PROPOSED] ORDER TO UNSEAL SEARCH WARRANT AND SEARCH WARRANT AFFIDAVIT<br><br>CASE NOs:<br><br>2:19-SW-0310 KJN<br><br>2:19-SW-0311 KJN<br><br>2:19-SW-0312 KJN |

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the files in the above-captioned matters be, and are, hereby ordered unsealed.

Dated: November 9, 2021

_Carolyn K. Delaney_
The Honorable Carolyn K. Delaney
UNITED STATES MAGISTRATE JUDGE

ORDER RE: REQUEST TO UNSEAL SEARCH WARRANTS AND SEARCH WARRANT AFFIDAVITS

1